UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSHE TANNENBAUM,

                Plaintiff,

-against-

U.S. DEPARTMENT OF ENERGY (DOE) AND
U.S. ENVIRONMENTAL PROTECTION
AGENCY (EPA),

                Defendants.

**ORDER**

No. 25-CV-05032 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On October 20, 2025, Plaintiff filed a motion for default judgment. (Doc. 15). That motion is denied.

As an initial matter, Plaintiff did not comply with the Court's Individual Practices, which requires proper application for a Clerk's Certificate of Default prior to moving by order to show cause for a default judgment.

In any event, this case is stayed. On October 2, 2025, Chief Judge Swain filed an Amended Standing Order staying certain civil cases pending the restoration of Department of Justice funding. In light of the Amended Standing Order, the time for Defendant to answer or otherwise move with respect to the complaint was and is stayed, and extended *sine die*. Defendant is directed to advise the Court by letter upon the restoration of Department of Justice funding.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 15).

SO ORDERED:

Dated: White Plains, New York
       October 22, 2025

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge